IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RYAN N. HAYNES,

    Petitioner,

v.

ERIC WILLIAMS,

    Respondent.

Case No. 23-CV-01348-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 14, 2023 (Doc. 7), this action is **DISMISSED with prejudice**.

**DATED: November 15, 2023**

                                      MONICA A. STUMP,
                                      Clerk of Court


                                      By: *s/ Jackie Muckensturm*
                                          Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge